CHRISTOPHER J. BOWES,
54 Cobblestone Drive
Shoreham, NY 11786
Tel (212) 979-7575
Fax (631) 929-1700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/2/2021
```

September

VIA ECF
Hon Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.

Dated: September 2, 2021

RE:  Juarez v. Kijakazi
1:20-cv-09542 (LGS)(SDA)

Dear Judge Aaron:

    I am writing to request an extension of time, to file plaintiff's Motion for Judgment on the Pleadings, which are due to be filed on September 7, 2021. This is plaintiff's first request for an extension of time.

    I am seeking additional time to complete Ms. Juarez's papers due to a significant backlog of work over the past month. In addition, I have contracted breakthrough Covid-19 over the past week and the malaise associated with this has also slowed my pace of work considerably. With the kind consent of opposing counsel, Joshua Kershner, I respectfully request that the briefing schedule be revised as follows:

| | |
|---|---|
| October 8, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| December 7, 2021 | Defendant's Opposition/Cross-Motion |
| December 21, 2021 | Plaintiff's Response |
| January 11, 2022 | Defendant's Reply |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq.

cc:    Joshua Kershner, Esq.
       Social Security Administration
       26 Federal Plaza, Room 2909
       New York, NY 11786