CHRISTOPHER J. BOWES
54 Cobblestone Drive
Shoreham, NY 11786
Tel (212) 979-7575
Fax (631) 929-1700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021
```

October [date]

VIA ECF
Hon Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED.
SO ORDERED.
Dated: October 6, 2021   /s/ Stewart D. Aaron

RE:   Juarez v. Kijakazi
      1:20-cv-09542 (LGS)(SDA)

Dear Judge Aaron:

    I am writing to request an extension of time, to file plaintiff's Motion for Judgment on the Pleadings, which is due to be filed on October 8, 2021. This is plaintiff's second request for an extension of time.

    I am seeking additional time to complete Ms. Juarez's papers due to missing a transcript in the hearing file. The Certified Administrative Record does not include a transcript of the December 13, 2018 hearing and this is necessary to complete plaintiff's papers. I regret not identifying this omission sooner.

    I have alerted counsel for the defendant, Joshua Kershner, of these missing files and am told that efforts are underway by the Acting Commissioner to locate and file the records. However, I am advised that this may take some time. Accordingly, we respectfully request that the briefing schedule be revised as follows:

| | |
|---|---|
| December 20, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| February 18, 2022 | Defendant's Opposition/Cross-Motion |
| March 11, 2021 | Plaintiff's Response/Reply |
| April 1, 2022 | Defendant's Reply |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq.

cc:    Joshua Kershner, Esq.
        Social Security Administration
        26 Federal Plaza, Room 2909
        New York, NY 11786