UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROSA JUAREZ,                                                :
                              Plaintiff,                    :
                                                            :       20 Civ. 9542 (LGS)
            -against-                                       :
                                                            :       ORDER
ANDREW M. SAUL,                                             :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 8, required the parties to either (1) mail or email a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate form or (2) file a joint letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent;

WHEREAS, the parties failed to submit the form or file the letter. It is hereby

**ORDERED** that, by **October 29, 2021**, the parties shall email the form or file a joint letter in accordance with the Order at Dkt. No. 8.

Dated: October 26, 2021
         New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE