UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                  :
  ROSA JUAREZ,                                    :
                              Plaintiff,          :
                                                  :        20 Civ. 9542 (LGS)
                    -against-                      :
                                                  :               ORDER
  ANDREW M. SAUL,                                 :
                              Defendant.           :
                                                  :
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the October 26, 2021, order (Dkt. No. 17), required the parties to either

submit a Notice, Consent, and Reference of a Civil Action to a Magistrate form or file a joint

letter advising that the parties do not consent by October 29, 2021;

        WHEREAS, the parties failed to submit the letters.  It is hereby

        **ORDERED** that the parties shall file the form or joint letter by **November 3, 2021**.

Dated:  November 1, 2021
        New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**