# CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel (212) 979-7575
Fax (631) 929-1700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021

December 20, 2021

VIA ECF
Hon Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.

Dated: December 21, 2021

RE: Juarez v. Kijakazi
1:20-cv-09542 (LGS)(SDA)

Dear Judge Aaron:

    I am writing to request an extension of time, to file plaintiff's Motion for Judgment on the Pleadings, which is due to be filed today.

    Plaintiff previously requested an extension of time due to an incomplete administrative transcript. The Commissioner filed the supplemental administrative transcript on October 25, 2021. I am now seeking additional time to complete Ms. Juarez's papers due to an unusual amount of work that has made it difficult for me to complete Ms. Juarez's papers at this time. I regret the burden of these delays to the Court and opposing counsel. Mr. Joshua Kershner, counsel for the Commissioner, consents to this request. Accordingly, we respectfully request that the briefing schedule be revised as follows:

| Date | Filing |
|---|---|
| December 29, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| February 28, 2022 | Defendant's Opposition/Cross-Motion |
| March 14, 2022 | Plaintiff's Response/Reply |
| April 4, 2022 | Defendant's Reply |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/  Christopher J. Bowes*
Christopher J. Bowes, Esq.

cc: Joshua Kershner, Esq.
Social Security Administration
26 Federal Plaza, Room 2909
New York, NY 11786