

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 26, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: April 27, 2022

*[signature]*

Re:   Juarez v. Commissioner of Soc. Sec., 20 Civ. 9542 (SDA)

Dear Judge Aaron:

This Office represents the Commissioner of Social Security, the defendant in this action. The Commissioner's motions for judgment on the pleadings is due on April 29, 2022.

Based on the undersigned's competing deadlines, an extension of time is needed to prepare the Commissioner's response to Plaintiff's motion. The Commissioner hereby requests a 30-day extension of time until May 31, 2022 to file her motion. This office contacted Christopher Bowes, counsel for Plaintiff, who consents to the Commissioner's request. This is the Commissioner's second request for an extension of this deadline.

We thank this Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ *Kathryn Pollack*
Kathryn Pollack
Special Assistant United States Attorney
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2331
Kathryn.Pollack@ssa.gov

cc:   Christopher James Bowes, Esq.
chris@cedarlaw.org