UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA MARIA JUAREZ,

                Plaintiff,                20 **CIVIL** 9542 (SDA)

      -against-                      **<u>JUDGMENT</u>**

KILOLO KIJAZAKI,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Opinion and Order dated August 25, 2022, Plaintiff's motion is GRANTED, and the Commissioner's cross-motion is DENIED. The case is remanded for further proceedings consistent with this Opinion and Order; accordingly, this case is closed.

**Dated:**  New York, New York
        August 26, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                             **BY:**

                                                      **Deputy Clerk**